IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WADE STROUD,

    Plaintiff,

v.                                                  Civil Action No. 3:14CV130

PIEDMONT CANDY CO., INC.,

    Defendant.

**MEMORANDUM OPINION**

By Memorandum Order entered on March 19, 2014, the Court conditionally docketed the action. Wade Stroud requested leave to proceed <u>in forma pauperis</u>. By Memorandum Order entered on April 18, 2014, the Court directed Stroud to pay an initial partial filing fee of $12.28 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. <u>See</u> 28 U.S.C. § 1915(b)(1). Stroud has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Stroud is not entitled to proceed <u>in forma pauperis</u>. Stroud's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

Should Stroud desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a notice of

appeal within that period may result in the loss of the right to appeal.

The Clerk is directed to send a copy of the Memorandum Opinion to Stroud.

/s/ *REP*
Robert E. Payne
Senior United States District Judge

Date: May 19, 2014
Richmond, Virginia

2